JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIK A.M. POELMANN

Plaintiff,

-v-

SEMGROUP ENERGY PARTNERS, L.P.,
et al.,

Defendant.

Case No. _____

**Rule 7.1 Statement**

RECEIVED
JUL 21 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Erik A.M. Poelmann    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: 7/21/08

Signature of Attorney

Attorney Bar Code: RLJ- 0286

Form Rule7_1.pdf  SDNY Web 10/2007