UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

ERIK A. M. POELMAN, On Behalf of Himself
and All Others Similarly Situated,

                Plaintiff,

vs.

SEMGROUP ENERGY PARTNERS, L.P.,
SEMGROUP ENERGY PARTNERS G. P. LLC,
KEVIN L. FOXX, GREGORY C. WALLACE, and ALEX STALLINGS,

                Defendants.

----------------------------------------------------------x

**Civil Action No.: 08 Civ. 6477 (PAC)**

**NOTICE OF DISMSSAL PURUSANT TO FEDERAL RULE 41(A)**

      PLEASE TAKE NOTICE that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is hereby dismissed without prejudice.

Dated: August 26, 2008

                ROY JACOBS & ASSOCIATES

              By: _____
                    Roy L. Jacobs (RLJ 0286)

              60 East 42nd Street 46th Floor
              New York, NY 10165
              212-867-1156
              212-504-8343 (Fax)

              rjacobs@jacobsclasslaw.com

              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

This is to certifiy that on the 26th day of August, 2008, the foregoing Notice of Dismssal Pursuant to Federal Rule Rule 41(a) was served by first –class mail, postage pre-paid on:

Thomas E. O'Brien, Esq.
Baker Botts L.L. P.
2001 Ross Avenue
Dallas, TX 75201

Joseph W. DiCecco, Esq.
Holladay & Chilton, PLCC
204 N. Robinson, Suite 1550
Oklahoma City, OK 73102

Tom Ladner, Esq.
Ladner & Little, PLLC
320 S. Boston Ave., Suite 1026
Tusa, OK 74103

_____
Roy L. Jacobs